# APPENDIX I

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Saudi Arabia Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.[1]

| No. | Plaintiff's Name (Last, First, Middle) | Plaintiff's State of Residency | Plaintiff's Citizenship or Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/Nationality on 9/11/2001 | Nature of Claim (Wrongful Death (WD), Solatium, Personal Injury (PI)) |
|---|---|---|---|---|---|---|---|
| 1. | Anaya, Marie Laure | NJ | United States | Calixto Anaya, Jr. | Personal Representative | United States | PI/WD |
| 2. | Anaya, Marie Laure | NJ | United States | Calixto Anaya, Jr. | Wife | United States | Solatium |
| 3. | Anaya, Kristina-Marie | NJ | United States | Calixto Anaya, Jr. | Daughter | United States | Solatium |
| 4. | Anaya, Brandon Michael | NJ | United States | Calixto Anaya, Jr. | Son | United States | Solatium |
| 5. | Anaya, Rebecca | NJ | United States | Calixto Anaya, Jr. | Daughter | United States | Solatium |
| 6. | Colhoun, Helen L. | NY | United States | Liam Joseph Colhoun | Personal Representative | United States | PI/WD |
| 7. | Colhoun, Helen L. | NY | United States | Liam Joseph Colhoun | Wife | United States | Solatium |
| 8. | Colhoun, Brigid | NY | United States | Liam Joseph Colhoun | Daughter | United States | Solatium |
| 9. | DaCosta, M. Rita | NJ | United States | Carlos DaCosta | Personal Representative | United States | PI/WD |
| 10. | DaCosta, M. Rita | NJ | United States | Carlos DaCosta | Wife | United States | Solatium |
| 11. | DaCosta, Daniel | NJ | United States | Carlos DaCosta | Son | United States | Solatium |

---

[1] Plaintiffs are grouped alphabetically by the last name of their 9/11 decedent-relative.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12. | DaCosta, Carlos, Jr. | NJ | United States | Carlos DaCosta | Son | United States | Solatium |
| 13. | Dimartino, Joseph | NY | United States | Deborah Ann Dimartino | Personal Representative and/or proposed Administrator | United States | PI/WD |
| 14. | Dimartino, Joseph | NY | United States | Deborah Ann Dimartino | Husband | United States | Solatium |
| 15. | Dimartino, Samantha | NY | United States | Deborah Ann Dimartino | Daughter | United States | Solatium |
| 16. | Dimartino, Danielle | NY | United States | Deborah Ann Dimartino | Daughter | United States | Solatium |
| 17. | Dionisio, Peter A. and Lucille Dionisio | NJ | United States | Anthony Dionisio, Jr. | Co-Personal Representatives | United States | PI/WD |
| 18. | Dionisio, Peter A. | SC | United States | Anthony Dionisio, Jr. | Brother | United States | Solatium |
| 19. | Dionisio, Lucille | FL | United States | Anthony Dionisio, Jr. | Mother | United States | Solatium |
| 20. | Dionisio, Lucille, as the Personal Representative of the Estate of Anthony Dionisio | FL | United States | Anthony Dionisio, Jr. | Father (deceased) | United States | Solatium |
| 21. | Dionisio, Stephanie | FL | United States | Anthony Dionisio, Jr. | Daughter | United States | Solatium |
| 22. | Phinney, Deborah Ann | NY | United States | Anthony Dionisio, Jr. | Sister | United States | Solatium |
| 23. | Duffy, Barbara M. | NY | United States | Michael Joseph Duffy | Personal Representative and/or proposed Administrator | United States | PI/WD |
| 24. | Duffy, Barbara M. | NY | United States | Michael Joseph Duffy | Mother | United States | Solatium |
| 25. | Duffy, John M. | NY | United States | Michael Joseph Duffy | Father | United States | Solatium |
| 26. | Duffy-Kemper, Marykay | NY | United States | Michael Joseph Duffy | Sister | United States | Solatium |
| 27. | Emery, Elizabeth A. | NJ | United States | Edgar H. Emery, Jr. | Personal Representative and/or proposed Administrator | United States | PI/WD |
| 28. | Emery, Elizabeth A. | NJ | United States | Edgar H. Emery, Jr. | Wife | United States | Solatium |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 29. | Emery, Brian K. | NJ | United States | Edgar H. Emery, Jr. | Son | United States | Solatium |
| 30. | Galvin, John M. | NY | United States | Thomas E. Galvin | Personal Representative and/or proposed Administrator | United States | PI/WD |
| 31. | Galvin, John M. | FL | United States | Thomas E. Galvin | Father | United States | Solatium |
| 32. | Galvin, John M. Jr. | FL | United States | Thomas E. Galvin | Brother | United States | Solatium |
| 33. | Galvin, Diverra | FL | United States | Thomas E. Galvin | Mother | United States | Solatium |
| 34. | Callahan, Kathy Galvin | CT | United States | Thomas E. Galvin | Sister | United States | Solatium |
| 35. | Galvin, Lynn | CT | United States | Thomas E. Galvin | Sister | United States | Solatium |
| 36. | Getzendanner, Thomas Frank | NJ | United States | Susan Getzendanner | Personal Representative | United States | PI/WD |
| 37. | Getzendanner, Thomas Frank | NJ | United States | Susan Getzendanner | Brother | United States | Solatium |
| 38. | Getzendanner, Thomas Frank, as the Personal Representative of the Estate of Elizabeth A. Getzendanner | NJ | United States | Susan Getzendanner | Mother (deceased) | United States | Solatium |
| 39. | Getzendanner, Thomas Frank, as the Personal Representative of the Estate of Joseph W. Getzendanner | NJ | United States | Susan Getzendanner | Father (deceased) | United States | Solatium |
| 40. | Kriso, Lidia | VA | United States | Susan Getzendanner | Sister | United States | Solatium |
| 41. | Lingen, Martha | WA | United States | Susan Getzendanner | Sister | United States | Solatium |
| 42. | Guman, Deodat | NY | United States | Babita Girjamatie Guman | Personal Representative | United States | PI/WD |
| 43. | Guman, Deodat | FL | United States | Babita Girjamatie Guman | Husband | United States | Solatium |
| 44. | Guman, Christina | FL | United States | Babita Girjamatie Guman | Daughter | United States | Solatium |
| 45. | Guman, Deodat, as the Personal Representative of the Estate of Melaissa Guman | FL | United States | Babita Girjamatie Guman | Daughter (deceased) | United States | Solatium |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 46. | Hall, Donna M. | NY | United States | Richard Boy Hall | Personal Representative | United States | PI/WD |
| 47. | Hall, Donna M. | NY | United States | Richard Boy Hall | Wife | United States | Solatium |
| 48. | Kauth, Matthew J. and Ann Ferris | NY | United States | Don Jerome Kauth | Co-Personal Representatives | United States | PI/WD |
| 49. | Kauth, Patrick M. | NY | United States | Don Jerome Kauth | Son | United States | Solatium |
| 50. | Kauth, Matthew J. | OR | United States | Don Jerome Kauth | Son | United States | Solatium |
| 51. | Kauth, Cecelia | OR | United States | Don Jerome Kauth | Daughter | United States | Solatium |
| 52. | Kauth, Bryan | NC | United States | Don Jerome Kauth | Brother | United States | Solatium |
| 53. | Ferris, Ann | NY | United States | Don Jerome Kauth | Sister | United States | Solatium |
| 54. | Brady, Denise | MI | United States | Don Jerome Kauth | Sister | United States | Solatium |
| 55. | Graham, Vanessa | NY | United States | Don Jerome Kauth | Sister | United States | Solatium |
| 56. | Graham, Vanessa, as the Personal Representative of the Estate of Winifred R. Graham | NY | United States | Don Jerome Kauth | Mother (deceased) | United States | Solatium |
| 57. | Grossi, Mary K. | NV | United States | Don Jerome Kauth | Sister | United States | Solatium |
| 58. | King, Judith | NJ | United States | Andrew Marshal King | Personal Representative | United States | PI/WD |
| 59. | King, Judith | NJ | United States | Andrew Marshal King | Wife | United States | Solatium |
| 60. | King, Casey | NJ | United States | Andrew Marshal King | Daughter | United States | Solatium |
| 61. | King, Andrew | NJ | United States | Andrew Marshal King | Son | United States | Solatium |
| 62. | King, Carly | NJ | United States | Andrew Marshal King | Daughter | United States | Solatium |
| 63. | Larkey, Tracy Anne | NJ | United States | Robin Blair Larkey | Personal Representative | United Kingdom/U.S. Green Card | PI/WD |
| 64. | Larkey, Tracy Anne | NJ | United States | Robin Blair Larkey | Wife | United Kingdom/ U.S. Green Card | Solatium |
| 65. | Larkey, Nicholas Blair | NY | United States | Robin Blair Larkey | Son | United Kingdom/ U.S. Green Card | Solatium |

4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 66. | Larkey, Oliver Robin | NY | United States | Robin Blair Larkey | Son | United Kingdom/ U.S. Green Card | Solatium |
| 67. | Larkey, William James | NJ | United States | Robin Blair Larkey | Son | United Kingdom/ U.S. Green Card | Solatium |
| 68. | Lee, Eileen R. | NY | United States | Gary H. Lee | Personal Representative and/or proposed Administrator | United States | PI/WD |
| 69. | Lee, Eileen R. | NY | United States | Gary H. Lee | Wife | United States | Solatium |
| 70. | Lee, Gary A. | NY | United States | Gary H. Lee | Son | United States | Solatium |
| 71. | Lanham-Lowe, Vivian | NY | United States | Michael W. Lowe | Personal Representative | United States | PI/WD |
| 72. | Lanham-Lowe, Vivian | DE | United States | Michael W. Lowe | Wife | United States | Solatium |
| 73. | Lanham, Donovan | DE | United States | Michael W. Lowe | Stepson | United States | Solatium |
| 74. | Lanham, Gary | DE | United States | Michael W. Lowe | Stepson | United States | Solatium |
| 75. | Lanham, Jasmine | DE | United States | Michael W. Lowe | Stepdaughter | United States | Solatium |
| 76. | Laurence, Myasia Micki | NY | United States | Michael W. Lowe | Daughter | United States | Solatium |
| 77. | Lowe, Charnice | DE | United States | Michael W. Lowe | Daughter | United States | Solatium |
| 78. | Lowe, Charisma | DE | United States | Michael W. Lowe | Daughter | United States | Solatium |
| 79. | Lowe, Tammeka | NY | United States | Michael W. Lowe | Daughter | United States | Solatium |
| 80. | Lowe, Khalik | NY | United States | Michael W. Lowe | Son | United States | Solatium |
| 81. | Lowe, David | NY | United States | Michael W. Lowe | Brother | United States | Solatium |
| 82. | Lowe, Phillip Samuel | NY | United States | Michael W. Lowe | Brother | United States | Solatium |
| 83. | Williams, Kerina | TX | United States | Michael W. Lowe | Daughter | United States | Solatium |
| 84. | Truglio, Mario | NY | United States | Michael A. Marti | Personal Representative | United States | PI/WD |
| 85. | Marti, Rosalie A. | NY | United States | Michael A. Marti | Mother | United States | Solatium |

5

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 86. | Truglio, Mario, as the Personal Representative of the Estate of Roger R. Marti | NY | United States | Michael A. Marti | Father (deceased) | United States | Solatium |
| 87. | Notaro, Carlo | NY | United States | Daniela R. Notaro | Personal Representative | United States | PI/WD |
| 88. | Notaro, Carlo | NY | United States | Daniela R. Notaro | Father | United States | Solatium |
| 89. | Notaro, Rosa | NY | United States | Daniela R. Notaro | Mother | United States | Solatium |
| 90. | Reneo, Rosaria | NY | United States | Daniela R. Notaro | Sister | United States | Solatium |