```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

In re:

**TERRORIST ATTACKS ON**
**SEPTEMBER 11, 2001**

03-MD-1570 (GBD)(SN)

ORDER

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

>   Mandelkow, et al. v. Republic of Iran, No. 20-cv-00315
>   Alcabes, et al. v. Islamic Republic of Iran, No. 20-cv-00340
>   Ahearn, et al. v. Islamic Republic of Iran, No. 20-cv-00355
>   Asciutto, et al. v. Islamic Republic of Iran, No. 20-cv-00411
>   Amin, et al. v. Islamic Republic of Iran, No. 20-cv-00412
>   Basci, et al. v. Islamic Republic of Iran, No. 20-cv-00415
>   Cloud, Jr., et al. v. Islamic Republic of Iran, No. 20-cv-00416
>   Anaya, et al. v. Kingdom of Saudi Arabia, No. 18-cv-12339
>   Anderson, et al. v. Islamic Republic of Iran, No. 20-cv-00354

On June 28, 2021, plaintiffs in the nine cases above made a number of filings.[1] All of these cases are related to the multi-district litigation, In Re Terrorist Attacks on September 11, 2001, 03-md-1570 (S.D.N.Y. Dec. 10, 2003) (GBD)(SN).[2] None of the documents, however,

---

[1] See Mandelkow, et al. v. Republic of Iran, No. 20-cv-00315 (S.D.N.Y.) (GBD)(SN), ECF Nos. 25-27; Alcabes, et al. v. Islamic Republic of Iran, No. 20-cv-00340 (S.D.N.Y.) (GBD)(SN), ECF Nos. 23-25; Ahearn, et al. v. Islamic Republic of Iran, No. 20-cv-00355 (S.D.N.Y.) (GBD)(SN), ECF Nos. 21-23; Asciutto, et al. v. Islamic Republic of Iran, No. 20-cv-00411, (S.D.N.Y.) (GBD)(SN), ECF Nos. 22-24; Amin, et al. v. Islamic Republic of Iran, No. 20-cv-00412 (S.D.N.Y.) (GBD)(SN), ECF Nos. 23-25; Basci, et al. v. Islamic Republic of Iran, No. 20-cv-00415 (S.D.N.Y.) (GBD)(SN), ECF Nos. 24-26; Cloud, Jr., et al. v. Islamic Republic of Iran, No. 20-cv-00416, (S.D.N.Y.) (GBD)(SN), ECF Nos. 21-23; Anaya, et al. v. Kingdom of Saudi Arabia, No. 18-cv-12339 (S.D.N.Y.) (GBD)(SN), ECF No. 40; and Anderson, et al. v. Islamic Republic of Iran, No. 20-cv-00354 (S.D.N.Y.) (GBD)(SN), ECF Nos. 18-20.

[2] Anderson, et al. v. Islamic Republic of Iran, No. 20-cv-00354 (S.D.N.Y.) (GBD)(SN), was not consolidated into the MDL at the time of these filings. It has since been consolidated. Accordingly, the parties are now bound by all prior and subsequent Court orders in the MDL.

was filed on the MDL docket; instead, they were filed only on the dockets for the individual civil matters.

Judge Daniels's October 14, 2015 Order states that "[p]arties to this multi-district litigation . . . shall file all documents under this MDL docket only." In Re Terrorist Attacks on September 11, 2001, 03-md-1570, ECF No. 3070. The Order further states that "parties shall not file any documents under the electronic dockets for the individual civil matters." Id.

While the Court will not direct counsel to refile these documents, counsel in these nine cases are directed to familiarize themselves with Judge Daniels's Order at ECF No. 3070, as well as other orders governing the conduct of this MDL. In particular, given the current state of the proceeding, the Court directs counsel to familiarize themselves with the procedures for securing default judgements set out at In Re Terrorist Attacks on September 11, 2001, 03-md-1570, ECF No. 3435.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: New York, New York
June 29, 2021