UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) ECF Case |
|---|---|

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2024

This document relates to:
*Anaya, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-12339 (GBD)(SN)
*Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 (GBD)(SN)

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, Plaintiff John M. Galvin Jr. substitutes Jerry S. Goldman, State Bar No. 1302454, as counsel of record in place of Fleischman Bonner & Rocco LLP, Joseph Peter Drennan, The Donahue Law Firm, LLC, and Law Office of Patrick York McLane. Contact information for new counsel is as follows:

Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-278-1000
Facsimile: 212-278-1733
Email: jgoldman@andersonkill.com

I consent to the above substitution.

Date:

John M. Galvin Jr.
Signature of Plaintiff John M. Galvin, Jr.

I consent to be substituted.

Date: 15th of March 2024

Joseph Peter Drennan
218 North Lee Street, Third Floor
Alexandria, VA 22314
joseph@josephpeterdrennan.com

docs-100666652.2

I consent to be substituted.

Dated: March 14, 2024

James P. Bonner
FLEISCHMAN BONNER & ROCCO LLP
317 George Street, Suite 320
New Brunswick, NJ 08901
908-516-2045
jbonner@fbrllp.com

I consent to be substituted.

Dated: March 14, 2024

Patrick L. Rocco
FLEISCHMAN BONNER & ROCCO LLP
317 George Street, Suite 320
New Brunswick, NJ 08901
908-516-2045
procco@fbrllp.com

I consent to be substituted.

Dated: March 14, 2024

Susan M. Davies
FLEISCHMAN BONNER & ROCCO LLP
81 Main Street, Suite 515
White Plains, NY 10601
917-583-8966
sdavies@fbrllp.com

I consent to be substituted.

Dated: March 15, 2024

Patrick M. Donahue
THE DONOHUE LAW FIRM, LLC
18 West Street
Annapolis, MD 21401
410-280-2023
pmd@thedonohuelawfirm.com

2

I consent to be substituted.

Dated: March 15, 2024

P. Joseph Donahue
THE DONAHUE LAW FIRM, LLC
18 West Street
Annapolis, MD 21401
410-280-2023
pjd@thedonchuelawfirm.com

I consent to be substituted.

Dated: March 15, 2024

P. York McLane
LAW OFFICE OF P. YORK MCLANE
14015 Park Drive, Suite 111
Tomball, Texas 77377
yorkmclane@yahoo.com

I consent to the above substitution.

Dated: March ~~~, 2024
6/14/24

Signature of New Attorney

---

The proposed substitution of counsel is granted.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: June 26, 2024
New York, New York

3